IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LYDIENNE YONDO ESSIBENG,

Petitioner,

v.

KRISTI NOEM, *et al.*

Respondents.

Case No. 8:25-cv-03690-SAG

**STIPULATION AND ORDER**

Petitioner, by her counsel, and Respondents, by their counsel, hereby stipulate and agree as follows:

On November 17, 2025, Petitioner Lydienne Yondo Essibeng filed an Amended Petition for Writ of Habeas Corpus.  ECF No. 7.  On December 4, 2025, Respondents filed a response to the Petition and Motion to Dismiss.  ECF No. 8.  The parties are in agreement that: (i) Petitioner's detention is discretionary pursuant to 8 U.S.C. § 1226, not 8 U.S.C. § 1225; (ii) Petitioner's release on Alternatives to Detention (ATD) was permissibly revoked pursuant to 8 U.S.C. § 1226(b); and (iii) 8 U.S.C. § 1226 and 8 C.F.R. § 236.1(d) provide that Petitioner is entitled to a bond hearing under 8 U.S.C. § 1226(a) with an Immigration Judge considering the application for bond under the factors of *Matter of Guerra*, 24 I. & N. Dec. 37 (BIA 2006).  In light of the parties' agreement, it is hereby **ORDERED**:

That further briefing in this matter is **STAYED** while Petitioner pursues a bond hearing in the Immigration Court; and

That the parties **SHALL FILE** a Joint Status Report on or before January 12, 2026 addressing the status of the bond hearing issue.  If appropriate, the parties shall also include a

proposed deadline for Petitioner's reply brief in the Joint Status Report.

This Order is without prejudice to Petitioner's entitlement to seek a bond hearing before an Immigration Judge and to pursue subsequent relief as he sees fit.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:   /s/ Matthew Shea
Matthew T. Shea
Assistant United States Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, Suite 400
Baltimore, Maryland  21201
Telephone: (410) 209-4800
Matthew.Shea2@usdoj.gov

*Counsel for Respondents*

/s/ Simon Sandoval-Moshenberg
Simon Sandoval-Moshenberg (Bar No. 30965)
Murray Osorio PLLC
4103 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
(703) 352-2399
ssandoval@murrayosorio.com

*Counsel for Petitioner*

IT IS SO ORDERED:

Date: December 8, 2025                         /s/
                                                Honorable Stephanie A. Gallagher
                                                United States District Judge

2