UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LYDIENNE YONDO ESSIBENG )<br>)<br>*Petitioner*, )<br>)<br>v. )<br>)<br>KRISTI NOEM, *et al..* )<br>)<br>*Respondents*. )<br>) | Civil Action No. 8:25-cv-03690 |

**Order Granting Motion to Enforce**

Upon consideration of Petitioner's Motion to Enforce (Dkt. No. 11), the Court **ORDERS** as follows:

1.    Attorney General Pamela Bondi is **DISMISSED** as a respondent.

2.    **On or before January 23, 2026**, Respondents shall arrange for a bond hearing before an immigration judge, at which she can be represented by her present counsel, at the Immigration Court in El Paso, Texas. The bond hearing shall be conducted under 8 U.S.C. § 1226(a) and 8 C.F.R. §§ 236.l, 1003.19, and 1236.1.

3.    If the Petitioner is not provided with a bond hearing before an immigration judge, **on or before 5:00pm local El Paso time on January 23, 2026**, the Respondents shall release the Petitioner from custody. If released, the Petitioner may be subject to conditions, including a requirement that she appear at a subsequent bond hearing.

4.    It is **SO ORDERED**.


_____/s/_____                                  Date: January 12, 2026
Hon. Stephanie A. Gallagher
United States District Judge

1