IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LYDIENNE YONDO ESSIBENG** | * | |
| v. | * | CIVIL CASE NO.  SAG-25-3690 |
| **KRISTI NOEM**, *et al.*, | * | |

\*\*\*\*\*\*\*\*\*

## ORDER

The Court having received notice that Petitioner received a bond hearing and was released on bond, ECF 16, it is this 23rd day of January, 2026, ORDERED this case is DISMISSED and the Clerk is directed to CLOSE THIS CASE.

/s/
Stephanie A. Gallagher
United States District Judge